
1983
NE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: _____

_____

GARY LAVON DAVIS
(Enter above the full name of the plaintiff
in this action)

> NOTICE TO FILING PARTY
>
> It is your responsibility to
> notify the clerk in writing of any
> address change.
>
> Failure to notify the clerk may
> result in dismissal of your case
> without further notice.

FILED
2016 MAR - 4 A 11: 51
U.S. DISTRICT COURT
N.D. OF ALABAMA

vs.

(Sheriff) Mike Blakely
(Chief) Randy King
Cpt. Vanessa Rich
Lt. Roy Brooks
(Enter above full name(s) of the defendant(s)
in this action)

CV-16-X-0364-NE

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court(s) dealing with the
same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )   No (X)

    B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff: _____

        Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (X)   No ( )

   C. If your answer is YES:

      1. What steps did you take? filed a Inmate Grievance for being denied access to Law libarary.

      2. What was the result? _____

   D. If your answer is NO, explain why not: Capt. Vanessa Rich. Resolved my Grievance saying this facility Does not have to provide me with a Law Libarary, or Law Books.

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) GARY LAVON DAVIS
Limestone County Detention Facility
Address P.O. Box 889
Athens, Alabama. 35612

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Mike Blakely.
Is employed as Sheriff
at Limestone County Detention Facility

C. Additional Defendants Chief Randy King,
Capt, Vanessa Rich,
Lt, Ray Brooks.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

In 2007 I were arrested here in Athens, Alabama. And charged with Burglary in the 3rd degree. I filed a motion in the circuit court of Limestone County. Judge R. Bakers court to Represent myself and Judge R. Baker. Granted that motion.

I filed a inmate Grievance from and the Jail Administrator Capt. Vanessa Rich. Resolved my Grievance with saying the Limestone County Detention facility Does Not have to provide (Law Books) for me or a Law Library.

In 2010. I Were forced to plead Guilty to Burglary in the 3rd degree and Were sentenced to 20 years split 850 days.

On Feb. 10th 2016 I filed Another Grievance from on Capt. Vanessa Rich. for being denied access to a Law library and Law Books.

Chief King, of this facility Resolved my Grievance stateing County Jail Does not provide Law libarary.

Lt, Roy Brooks. stated that he Were Able Resolve my Grievance on Feb. 10th 20016. Saying We Are not Required to provide a Law libarary.

4

## V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

offored the inmates here at the limestone county Detention facility with access to a law libarary or Law Books. Also I want this court to hold this facility Responsible for my pain and suffering, (mental stress.) (mental Anguis.) and compensate me with the sum of $150,000 dollors

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23rd 20016.

Gary L. Davis
SIGNATURE

ADDRESS Limestone Co. Detention facility
P.O. Box 889
Athens, Alabama. 35612

AIS #

EXZibit A

## GUIDELINES FOR SERVICE TO PRISONERS

      The chief purpose of the Alabama Supreme Court and State Law Library is to support the mission of the Judicial Department, the Justices of the Supreme Court, judges of the Court of Appeal, and their staff attorneys and law clerks by providing them with legal materials and reference services. Secondly, we serve judges from other courts, attorneys, and law students and the public.

      We have limited service to prisoners in providing photocopies of cases and other, general, legal information. We have prepared a one-page instruction sheet for prisoners requesting legal services from the law library. These instructions include our policies, restrictions on services, and how to obtain assistance from us.

      We cannot and do not perform legal research for prisoners. By limiting our services to providing photocopies of specifically requested items and refraining from research or interpretation of materials, we will avoid the possibility of stepping into the area of the unauthorized practice of law.

      We always remind the prisoner that the service is provided by a librarian who is trained in the location of legal materials and instruction in their use, and not by an attorney knowledgeable of the complexities of law.

      All original letters from prisoners are returned to them. Since they may not have access to a photocopier, this will assure them that they will have a record of their request. We keep a record of what has been copied and sent to the prisoner in case they contact us for future assistance.

      If we are unable to respond to a request, or unable to provide what the prisoners have asked for, we send a list of other instructions that might be able to assist them.

      We charge $.50 per page for photocopies. In order to assure payment, we send the prisoner a letter informing of the cost prior to sending the copies. The minimum billing is $5.00 for one to ten pages. When the payment is received, the copies are mailed first-class.

here Are the evidence that I obtained from chief Kings here at the Limestone County Detention facility contradicting himself. the Limestone County Detention facility continue to violate my Due Process by denieing me Access to A Law Library or Law Books.

## INSTRUCTIONS FOR PRISONERS REQUESTING LEGAL SERVICES
## FROM THE ALABAMA SUPREME COURT AND STATE LAW LIBRARY

Law library service is limited to providing photocopies of legal materials or general information.

- We will photocopy cases and other information for you if you provide us with accurate information. This should be the complete citation.
- If the only information you have is not complete, we will try to find the citation for you and send you the information.
- We will mail you general information of topics, but please be clear about what you require.

Please observe the following guidelines and requirements:

- We cannot research. Law librarians are not attorneys and cannot give legal advice. We do not have training, experience, information, time or authority to do the job an attorney can do for you.
- If we are unable to respond to your request, or unable to provide what the prisoners have asked for, we send a list of other instructions that might be able to assist you.
- We charge $.50 per page for photocopies and will notify you of the charges prior to sending you the copies. The minimum billing is $5.00 for one to ten pages. When we receive payment from you, the copies will be mailed first class. Please make your money order to the Alabama Supreme Court Law Library.
- We will do our best to fill your request as soon as possible. However, we are obligated to first serve our primary users, the Justices and judges of the courts. If you need the information by a certain date, please indicate that in your request.
- When send us a request, please be as specific as possible in asking for information. Again, we cannot do research for you.

Address your request to:

Alabama Supreme Court and State Law Library
Heflin-Torbert Judicial Building
300 Dexter Avenue
Montgomery, AL 36104-3741

# Limestone County Detention Facility
## Inmate Grievance Form

CC Inmate File
Page (1)
COPY

Name: Gary L. Davis    Date: 2/10/2016   Cell: D-5
SOC: 418/11/9081   Date of Incident: 6/15/207   Time of Incident: 1:00 Pm

Check one of the following:

✓ My grievance is **not** related to Medical, Mental Health, or Dental care, or Food/Food Service issues.

___ My grievance is related to Medical, Mental Health, or Dental care.

___ My grievance is related to Food or Food Service.

Explanation of grievance: (Write only one complaint per grievance form, if you have more than one complaint, ask for another form):
being denied Access to A LAW Library And LAW Books. by CPt. V. Rich. of the Limestone County Detention facility.

Proposed Solution (Optional): ___

Gary L. Davis
Inmate's Signature

*Give this form to a Corrections Officer. If your grievance is about a Corrections Officer and you do not feel safe giving this form to him/her, you may mail this form directly to the Limestone County Jail Administrator @ 101 W. Elm St., Athens, Al 35611*

## Jail Staff Processing
### Corrections Officer

Officer: Andrew Vickers    Date of Receipt: 2/10/2016   Time: 1145

### Shift Supervisor

Supervisor: Lt Roy Bipps   Date of Receipt: __/__/20__  Time: ___

Action Taken:  ✓ I was able to resolve this grievance.

___ I was not able to resolve this grievance for one of the following reasons:

___ The resolution required is beyond my authority.

___ The form was not properly completed by the inmate

___ The grievance is related to Food/Food Service and has been forwarded to the Sheriff.

Explanation of Action Taken: We are not required to provide a law Library.

2/10/16
GD

Check one of the following:

___ This grievance has been resolved to my satisfaction. I understand no further action will be taken.

✓ This grievance has not been resolved to my satisfaction and I wish to appeal to the Jail Administrator.

Gary Davis    Date: 2/10/2016
Inmate's Signature